# IN THE DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* THOMAS LINDLY, | ) ) ) |
| Relator/Plaintiff, | ) ) |
| v. | ) ) ) |
| ALLIANT TECHSYSTEMS INC., | ) ) |
| Defendant. | ) |

Civil Action No. 09-CV-639-DW

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Relator/Plaintiff, Thomas Lindly, and Defendant, Alliant Techsystems Inc., hereby enter into a Joint Stipulation for Dismissal with Prejudice of the above-styled matter, whereby this action, in full and including all claims of Plaintiff, is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear and pay his/its own attorneys' fees and costs, Plaintiff specifically waiving any recovery of attorneys' fees or attorneys' fees being taxed as costs. The parties also represent that the United States, through its counsel, Lucinda Woolery, Assistant United States Attorney, has advised in writing, that its consent is not necessary to this dismissal.

This 27th day of June, 2011.

Respectfully submitted,

/s/ Mark A. Jess
Mark A. Jess
Kansas City Livestock Exchange Building
1600 Gennessee, Suite 842
Kansas City, Missouri 64102

and

David A. Lunceford
201 N.E. 1st Street
Lee's Summit, Missouri 64063

Attorneys for Relator/Plaintiff Thomas Lindly

/s/ Jack D. Rowe
Jack D. Rowe　　　　　　MO #22996
William F. Ford, Jr.　　　 MO #35116
Bridget B. Romero　　　 MO #56850
Lathrop & Gage LLP
2345 Grand Boulevard, Suite 2800
Kansas City, Missouri 64108-2684
Telephone:  (816) 292-2000
Telecopier:  (816) 292-2001

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2011, the foregoing document was electronically filed with the Court of this Court using the CM/ECF system, and that a copy was served via first class United States mail, postage prepaid, that same date to:

Lucinda Woolery
U.S. Attorney's Office
5510 C.E. Whittaker Courthouse
400 E. 9th Street
Kansas City, Missouri  64106

Attorney for the United States of America

/s/ Jack D. Rowe
An Attorney for Defendant