IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*. THOMAS LINDLY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 09-639-CV-W-DW ) |
| ALLIANT TECHSYSTEMS INC., | ) ) |
| Defendant. | ) ) |

**ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 22). Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Court DISMISSES the above-styled action *with prejudice*. The fees and costs associated with this action shall be borne by the parties individually. The Clerk of the Court is directed to mark this action as closed.

SO ORDERED.


Date:   June 28, 2011                              /s/ Dean Whipple
                                                           Dean Whipple
                                                   United States District Judge